# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 326 EAL 2023

      Respondent

            : Petition for Allowance of Appeal
            from the Order of the Superior Court

      v.

SHAWN JACKSON,

      Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 327 EAL 2023

      Respondent

            : Petition for Allowance of Appeal
            from the Order of the Superior Court

      v.

SHAWN JACKSON,

      Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.